

## NUMBER 13-13-00354-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

MARK BERNHARD,                                                      Appellant,

v.

CITY OF ARANSAS PASS, TEXAS,                                        Appellee.

**On appeal from the 343rd District Court
of San Patricio County, Texas.**

## ORDER

**Before Justices Rodriguez, Garza and Benavides
Order Per Curiam**

This Court issued an opinion in this case on July 17, 2014. *See Bernhard v. City of Aransas Pass*, No. 13-13-00354-CV, 2014 WL 3541677, at *1 (Tex. App.—Corpus Christi July 17, 2014, no pet.) (reversing and remanding the trial court's order granting a plea to the jurisdiction). Appellee, the City of Aransas Pass, Texas, filed a motion for rehearing, and the Court requested that appellant, Mark Bernhard, file a response thereto.

The parties have now filed a joint motion to vacate judgment in aid of settlement. According to the motion, the parties have reached an agreement to settle and compromise their differences. They ask this Court to vacate its judgment of July 17, 2014, reinstate the trial court's order granting the plea to the jurisdiction, and dismiss the appeal pursuant to their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A).

The Court, having examined and fully considered the joint motion to vacate, is of the opinion that it should be and is GRANTED. We vacate and withdraw the judgment that we issued on July 17, 2014, however, the opinion previously issued in this cause will not be withdrawn. *See id.* R. 42.1(a)(2)(A). We render judgment effectuating the parties' agreement. *See id.* We reinstate the trial court's order of January 24, 2013 granting the plea to the jurisdiction filed by the City of Aransas Pass, Texas, and we dismiss the appeal. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Given our disposition of this matter, appellee's motion for rehearing is DISMISSED as moot.

PER CURIAM

Delivered and filed the
24th day of September, 2014.

2